| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 04-CR-722-01 |
|---|---|---|
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ AUG 18 2005 ★
LONG ISLAND OFFICE

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Lashica Coleman<br>165 Olson Drive<br>Ansonia, CT 06401 | EDNY | |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Allyne R. Ross, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
| | Probation | March 29, 2005 | March 28, 2008 |

**OFFENSE**
Conspiracy to Import Cocaine, in violation of 21 U.S.C. 963 and 960(b)(3).

**Courtesy Copy**
The original was:
☐ Filed in hard copy.
☑ Electronically filed.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Eastern___ DISTRICT OF ___New York___

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Connecticut upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/11/05
*Date*      *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___Connecticut___

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/7/05
*Effective Date*      *United States District Judge*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
PROBATION OFFICE

MARIA RODRIGUES McBRIDE
CHIEF PROBATION OFFICER

U.S. DISTRICT COURT
PROBATION DEPARTMENT
CONNECTICUT FINANCIAL CENTER
157 CHURCH STREET, 22ND FLOOR
NEW HAVEN, 06510
203-773-2100

August 11, 2005
New Haven

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N Y

★ AUG 18 2005

LONG ISLAND OFFICE

U.S. COURTHOUSE
ROOM 735
450 MAIN STREET
HARTFORD, 06103
860-240-3661

U.S. COURTHOUSE
ROOM 211
915 LAFAYETTE BLVD.
BRIDGEPORT, 06604
203-579-5707

Susan M. Guarnieri
U.S. Probation Officer
202 Federal Plaza
P.O. Box 9012
Centeral Islip, NY 11722-9012

**Courtesy Copy**
The original was:
___ Filed in hard copy.
✓ Electronically filed.

RE: COLEMAN, Lashica
Docket #: 04-CR-722-01
TRANSFER OF JURISDICTION

Dear Ms. Guarnieri:

I am enclosing the Probation Form 22, Transfer of Jurisdiction that has been signed by the Honorable Robert N. Chatigny, Chief U.S. District Judge. Please forward this to your Clerk's Office and request that they forward the file to our Clerk's Office at:

Clerk, U.S. District Court
141 Church Street
New Haven, CT 06510

If you have any questions, please contact me at (203)773-2100. Thank you for your assistance.

Very truly yours,

Maria Rodrigues McBride
Chief U.S. Probation Officer

Patrick D. Norton
U.S. Probation Officer

Enclosures

Reviewed and Approved by:

C. Warren Maxwell
Deputy Chief U.S. Probation Officer